**John Wiley PRICE, Plaintiff–Appellee**

v.

**Eddie Bernice JOHNSON,
Defendant–Appellant.**

No. 09–10389.

United States Court of Appeals,
Fifth Circuit.

March 11, 2010.

Mark D. Johnson, Law Offices of Mark D. Johnson, Garland, TX, for Plaintiff–Appellee.

Kerry W. Kircher, U.S. House of Representatives, Washington, DC, for Defendant–Appellant.

Before REAVLEY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM: *

Appellant Eddie Bernice Johnson seeks a writ of mandamus vacating the district court's remand order and directing the court to consider and resolve her motion to dismiss. For the reasons given in our decision dismissing for lack of jurisdiction Johnson's direct appeal from the remand order, we are also without jurisdiction to consider the remand by a petition for writ

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

of mandamus. *See In re Weaver,* 610 F.2d 335, 337 (5th Cir.1980). Accordingly, IT IS ORDERED that the petition for writ of mandamus is DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.